FILED IN CHAMBERS
U.S.D.C. Rome

JUL 15 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY )<br>)<br>) <br>Plaintiff )<br>v. )<br>)<br>CANAL WOOD LLC, et al. )<br>)<br>Defendants. ) | Civil Action No. 4:10 - CV - 33 - RLV |

## CONSENT ORDER EXTENDING TIME FOR CANAL WOOD LLC TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Having considered the Consent Motion of Defendant Canal Wood LLC for an Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED that the period of time in which Defendant Canal Wood LLC has to answer, move, or otherwise respond to Plaintiff's Amended Complaint is extended through and including August 13, 2010.

SO ORDERED, this 15th day of July, 2010.

_____
Hon. Robert L. Vining, Jr.
United States District Court
Northern District of Georgia
Rome Division

| Prepared and presented by: | Consented to by: |
|---|---|

**PARKER, HUDSON, RAINER & DOBBS, LLP**

By: <u>/s/ Robert M. Brennan</u>
    Robert M. Brennan
    Georgia Bar No. 079798
    Scott E. Zweigel
    Georgia Bar No. 786616

    1500 Marquis Two Tower
    285 Peachtree Center Avenue, N.E.
    Atlanta, Georgia 30303
    (404) 523-5300

*Attorneys for Defendant Canal Wood LLC*

**CLAUSEN MILLER P.C.**

By: <u>/s/ Charlotte S. Kormendy</u>
Charlotte S. Kormendy (Pro Hac Vice)

**CLAUSEN MILLER P.C.**
10 S. LaSalle
Chicago, IL 60603

Terry L. Strawser
Georgia Bar No. 004420

**SHIVERS & ASSOCIATES**
Caller Service No. 1808
Alpharetta, Georgia 30023-1808

*Attorneys for St. Paul Fire & Marine Insurance Company*