IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 4:10 CV-33-RLV |
| CANAL WOOD LLC; B&B PULPWOOD, INC.; DIXIE TIMBER HARVESTING CO., INC. f/k/a CANOE CREEK TIMBER; W.C. SMITH PULPWOOD COMPANY; EVANS TIMBER COMPANY, INC.; ENTERPRISE TRUCKING, INC.; RONALD DAVIS LOGGING COMPANY, INC.; LANIER TIMER COMPANY. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I hereby certify that I have this day served the Defendant, W. C. Smith Pulpwood Company, by delivering to its registered agent ~~W.C.~~ *W.C. Ellen* Smith personally a copy of the within complaint and summons at his address of ~~4370 Maysville Road~~ *772 Waterworks Rd*, Commerce, Georgia 30529

This the 23rd day of July, 2010.

_Sally Cunningham_
Print Name  Sally CUNNINGHAM