IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 4:10 CV-33-RLV |
| CANAL WOOD LLC; B&B PULPWOOD, INC.; DIXIE TIMBER HARVESTING CO., INC. f/k/a CANOE CREEK TIMBER; W.C. SMITH PULPWOOD COMPANY; EVANS TIMBER COMPANY, INC.; ENTERPRISE TRUCKING, INC.; RONALD DAVIS LOGGING COMPANY, INC.; LANIER TIMER COMPANY. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I hereby certify that I have this day served the Defendant, Lanier Timber Company, by delivering to its registered agent Melvin Porter, personally a copy of the within complaint and summons at his address of *168 Hardman Rd, Jefferson* ~~921 Athens Street, Gainesville,~~ Georgia 30501

This the *23rd* day of _July_____, 2010.

Print Name   Sally CUNNINGHAM